```
IN THE UNITED STATES DISTRICT COURT FOR THE
         SOUTHERN DISTRICT OF GEORGIA
              STATESBORO DIVISION
```

RAYMOND WALKER,                    *
                                   *
     Plaintiff,                    *
                                   *
     v.                            *     CV 617-145
                                   *
BULLOCH COUNTY BOARD               *
COMMISSIONERS,                     *
LYNN M. ANDERSON, in his           *
previous capacity as Sheriff       *
of Bulloch County, Georgia,        *
JOHN DOES #1, #2, #3, and #4,      *
in their individual and            *
official capacities, and           *
OFFICER JARED SHABABY,             *
in his individual and official     *
capacity,                          *
                                   *
     Defendants.                   *

## O R D E R

This matter is before the Court based upon Plaintiff's failure to timely respond to the Order to Show Cause entered August 31, 2018. On March 28, 2018, Defendants Bulloch County, Georgia[1] and Lynn M. Anderson moved to dismiss Plaintiff's complaint under Federal Rules of Civil Procedure 12(b)(2), (4), (5), and (6). Since then, no substantive motions have been filed nor has Plaintiff filed proof of service on Defendants. This led the Court to enter an Order directing Plaintiff to show

---

[1] As identified by Defendant Bulloch County, Georgia in its motion to dismiss, Plaintiff misnamed Defendant as the "Bulloch County Board of Commissioners" in his complaint. (Doc. 4, at 1 n.1; Doc. 1.) Thus, the case caption contains a misnomer.

cause — in a writing to be filed no later than September 14, 2018 — as to why the Court should not: (i) dismiss without prejudice Plaintiff's claims against Defendants for failure to timely serve Defendants; (ii) dismiss without prejudice Plaintiff's claims against Defendant for want of prosecution; and (iii) close this case. The Order also required Plaintiff to file a response to Defendants' motion to dismiss by September 14, 2018, if he intended to do so. (Order of August 31, 2018, Doc. 6.) Plaintiff was explicitly warned that his "failure to timely file his forthcoming show cause memorandum and demonstrate good cause for his failure to timely serve Defendants and prosecute this action with reasonable promptness may result in the dismissal of this action without prejudice without further notice." (Id. at 2.)

To date, Plaintiff failed to (i) file his response to the Order to Show Cause; (ii) file a response to the motion to dismiss; (iii) seek an extension of time to do either; or (iv) otherwise communicate to the Court his intent to pursue this case. Accordingly, upon due consideration, **IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of September, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA