# United States District Court
## Southern District of Georgia

RAYMOND WALKER,

    Plaintiff,

v.

BULLOCH COUNTY BOARD COMMISSIONERS, et. al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 617-145

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 17, 2018, that Defendants' Motion to Dismiss is granted; therefore, it is hereby ordered that Plaintiff's claims against Defendants are dismissed without prejudice. This case stands closed.

| | |
|---|---|
| 09/17/2018 | Scott L. Poff |
| Date | Clerk |
| | /s/ Jamie Hodge |
| | (By) Deputy Clerk |